# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, M.C. HOLIFIELD, G.G. GERDING**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**MARSHE M. MCNEAL**
**QUARTERMASTER THIRD CLASS (E-4), U.S. NAVY**

**NMCCA 201400121**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged**: 3 December 2013.
**Military Judge**: CAPT J.K. Waits, JAGC, USN.
**Convening Authority**: Commander, Navy Region Europe, Africa, Southwest Asia, Naples, Italy.
**Staff Judge Advocate's Recommendation**: CDR J.A. Link, JAGC, USN.
**For Appellant**: LCDR John T. Zelinka, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**31 July 2014**

---------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court